Chief Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>One (1) Google Account:<br>**fdehghan1991@gmail.com** | CASE NO. MJ18-309<br><br>ORDER FOR NONDISCLOSURE<br><br>**(FILED UNDER SEAL)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service provider and/or a remote computing service not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the warrant issued by the Court until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the warrant, or this Order of the Court, to the listed

ORDER FOR NONDISCLOSURE - 1
USAO# 2018R00520 (Google Account)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 subscriber or to any other person, for a period of one year, unless and until otherwise
2 authorized to do so by the Court, except that Google, Inc. may disclose the warrant to an
3 attorney for the purpose of receiving legal advice.
4     IT IS FURTHER ORDERED that the application and this Order are sealed until
5 otherwise ordered by the Court, until further order of the Court.

7     DATED this 28th day of June, 2018.

                      BRIAN A. TSUCHIDA
                      United States Magistrate Judge

14 Presented by:

15 *s/ Steven Masada*
16 STEVEN MASADA

ORDER FOR NONDISCLOSURE - 2
USAO# 2018R00520 (Google Account)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970